IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMTA PATEL-PURI, | No. C-05-0455 MMC |
| Plaintiff, | **ORDER STRIKING DEFENDANTS' ANSWER** |
| v. | |
| METROPOLITAN LIFE INSURANCE CO. et al., | |
| Defendants. | |

On April 29, 2005, defendants electronically filed their answer to plaintiff's complaint. Defendants violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

In an order filed May 4, 2005, the Court ordered defendants to immediately submit a chambers copy of their answer, and warned defendants that if they failed in the future to comply with the Court's order to submit chambers copies of electronically-filed documents, the Court would consider imposing sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy had not been timely

1  provided to the Court.
2      Defendants again have violated the Court's order by failing to lodge a chambers
3  copy of their answer.  The Court expects the parties to comply with the Court's orders
4  without being repeatedly reminded to do so.  Accordingly, the Court hereby STRIKES
5  defendants' answer from the record, without prejudice to their filing a new answer in
6  compliance with General Order 45 and accompanied by a declaration explaining the
7  reasons for their failure to date to abide by the Court's orders.
8      **IT IS SO ORDERED.**
9  Dated: May 16, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge