1  J. Russell Stedman (117130)
   Kathleen E. Dyer (227216)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY,
6  KAISER FOUNDATION HEALTH PLAN, INC. and
   KAISER FOUNDATION HEALTH PLAN, INC.
7  LONG TERM DISABILITY PLAN

8
   Mark H. Lipton (51010)
9  LIPTON HALLBAUER
   A Professional Law Association
10 1380 Lead Hill Blvd., Ste. 106
   Roseville, CA 95661
11 Telephone: (916) 652-2221
   Facsimile: (916) 652-1211
12
   Attorney for Plaintiff
13 MAMTA PATEL-PURI

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| MAMTA PATEL-PURI, | CASE NO.: C05-00455 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DEADLINE FOR CROSS-MOTIONS ON STANDARD OF REVIEW** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, the appropriate named fiduciary of the KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN, | Current Filing Deadline:   October 21, 2005 |
| Defendants. | |

I:\office7\719\1079\05Pleadings\Stipulation Continuing STD of Review Motion Deadline.doc    C 05-00455 MMC

STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DEADLINE FOR CROSS-MOTIONS ON STANDARD OF REVIEW

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

Plaintiff Mamta Patel-Puri ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company ("MetLife"), Kaiser Foundation Health Plan, Inc. ("Kaiser") and Kaiser Foundation Health Plan, Inc. Long Term Disability Plan ("the Plan") (collectively "Defendants"), by and through their counsel of record, hereby stipulate to the following:

1. The parties wish to work toward resolution of the above-captioned matter through court-sponsored mediation.

2. On May 16, 2005, the Court ordered that this case be sent to court-sponsored mediation.

3. On June 10, 2005, the parties attended a Case Management Conference for this matter. At the Case Management Conference the Court ordered that cross-motions on the standard of review be filed on or before October 21, 2005.

4. Because this case was ordered to court-sponsored mediation as early as May 16, 2005, it was the parties' collective belief that the court-sponsored mediation would occur well in advance of the October 21, 2005 cross-motion filing deadline. However, because several of the potential court-sponsored mediators selected by the ADR Unit indicated that they had conflicts of interest with this matter, a mediator was not assigned to this case until August 23, 2005.

5. On August 30, 2005 counsel for all parties and the court-sponsored mediator, Hon. Ellen S. James (Ret.), in accordance with ADR L.R. 6-6, participated in a joint phone conference regarding the mediation. Issues related to the mediation were discussed during the phone conference, including potential mediation dates

6. Despite the parties' and the Hon. Ellen S. James (Ret.)'s best efforts to schedule a mediation well in advance of the October 21, 2005 cross-motion filing deadline, due to conflicts with the schedule of Hon. James and the schedules of the parties, the mediation for this matter will not occur until December 9, 2005.

7. Because the parties wish to work toward resolution of this matter through court-sponsored mediation before actively litigating this matter, pending the Court's approval, the parties agree to continue the filing deadline for the cross-motions on the

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-   C 05-00455
STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DEADLINE FOR CROSS-MOTIONS ON STANDARD OF REVIEW

standard of review to a date after the court-sponsored mediation. The parties agree to continue the filing deadline for the cross-motions on the standard of review to January 9, 2006 (thirty (30) days after the court-sponsored mediation), or, in the alternative, to a date that is convenient for this Court. The parties will inform the Court if this matter is resolved through court-sponsored mediation in advance of the filing deadline.

**IT IS SO STIPULATED.**

Dated: September 26, 2005                BARGER & WOLEN LLP


By:  /s/ Kathleen E. Dyer
     J. Russell Stedman
     Kathleen E. Dyer
     Attorneys for Defendant
     METROPOLITAN LIFE INSURANCE
     COMPANY, KAISER FOUNDATION
     HEALTH PLAN, INC., and KAISER
     FOUNDATION HEALTH PLAN, INC.
     LONG TERM DISABILITY PLAN,

Dated: September 26, 2005                LIPTON HALLBAUER


By:  /s/ Mark H. Lipton
     Mark H. Lipton
     Attorneys for Plaintiff MAMTA
     PATEL-PURI

///

///

///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1  The filing deadline for the cross-motions on the standard of review for the above-captioned
2  matter is hereby continued to January 9, 2006.
3  **IT IS SO ORDERED.**
4
5  Dated: September 26, 2005
   
   _____
   HONORABLE MAXINE M. CHESNEY
6  UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-                                                                  C 05-00455
STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DEADLINE FOR CROSS-MOTIONS ON STANDARD OF REVIEW