J. Russell Stedman (117130)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY
and KAISER FOUNDATION HEALTH PLAN, INC.
LONG TERM DISABILITY PLAN

Mark H. Lipton
LIPTON HALLBAUER
A Professional Law Association
1380 Lead Hill Blvd, Ste. 106
Roseville, CA 95661
Telephone: (916) 652-2221
Facsimile: (916) 652-1211

Attorney for Plaintiff
MAMTA PATEL-PURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMTA PATEL-PURI,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, the appropriate named fiduciary of the KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN<br><br>Defendants. | CASE NO.: C05-00455<br><br>AMENDED STIPULATION AND [PROPSED] ORDER TO CONTINUE FILING DATE OF MOTIONS FOR SUMMARY JUDGMENT ON THE MERITS |

Plaintiff MAMTA PATEL-PURI ("Plaintiff") and Defendants METROPOLITAN LIFE INSURANCE COMPANY ("MetLife") and KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN (the "Plan") (collectively "Defendants"), present the following Amended Stipulation to Continue the Filing Date of the Motion for Summary Judgment[1] heretofore

---

[1] The parties filed a stipulation to continue the filing date of the motions for summary judgment on

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

Stipulation to Continue         C 05-00455

scheduled for filing on March 31, 2006. On March 17, 2006 the court denied Plaintiff's motion for summary judgment regarding the standard of review, deciding it would use the abuse of discretion standard. Plaintiff filed a motion for leave to file a motion for reconsideration on March 27, 2006. Therefore, the parties believe that preparing motions on the merits under the abuse of discretion standard is premature until the motion for leave to file a motion for reconsideration has been ruled upon. The parties request that the current filing date of March 31, 2006 be continued until May 15, 2006. Defendants, by joining in the stipulation, do not acknowledge nor recognize any merit to Plaintiff's position.

DATED: March 29, 2006          By:   /s/ Mark H. Lipton
                                     MARK H. LIPTON
                                     Attorney for Plaintiff
                                     MAMTA PATEL-PURI


DATED: March 29, 2006          By:   /s/ Kathleen E. Dyer
                                     J. RUSSELL STEDMAN
                                     KATHLEEN E. DYER
                                     Attorneys for Defendants
                                     METROPOLITAN LIFE INSURANCE
                                     COMPANY and KAISER FOUNDATION
                                     HEALTH PLAN, INC. LONG TERM
                                     DISABILITY PLAN

March 27, 2006, and erroneously requested that the filing deadline be continued to April 14, 2006. The parties agree that continuing the filing deadline by two weeks is not a sufficient continuance in light of Plaintiff's pending motion for leave to file motion for reconsideration. Accordingly, the parties hereby amend the previously filed stipulation and stipulate to continue the filing deadline for the motions for summary judgment to May 15, 2006.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

## [PROPOSED] ORDER

The Stipulation is adopted by the Court and made an Order. The filing date for summary judgment motions on the merits is continued to May 15, 2006.

DATED: March 29, 2006           By: *[signature: Maxine M. Chesney]*
                                    THE HONORABLE
                                    MAXINE M. CHESNEY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-                                                                      C 05-00455
STIPULATION TO CONTINUE MOTION FILING AND PROPSED ORDER