1  J. Russell Stedman (117130)
   Kathleen E. Dyer (227216)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY
6  and KAISER FOUNDATION HEALTH PLAN, INC.
   LONG TERM DISABILITY PLAN
7
   Mark H. Lipton
8  LIPTON HALLBAUER
   A Professional Law Association
9  1380 Lead Hill Blvd, Ste. 106
   Roseville, CA 95661
10 Telephone: (916) 652-2221
   Facsimile: (916) 652-1211
11
   Attorney for Plaintiff
12 MAMTA PATEL-PURI

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| MAMTA PATEL-PURI,          ) | CASE NO.: C05-00455 |
|          Plaintiff,        ) | |
|                            ) | STIPULATION AND [PROPOSED] |
|    vs.                     ) | ORDER TO CONTINUE DEADLINE |
|                            ) | FOR MOTIONS FOR SUMMARY |
| METROPOLITAN LIFE INSURANCE ) | JUDGMENT ON THE MERITS |
| COMPANY, the appropriate named fiduciary ) | |
| of the KAISER FOUNDATION HEALTH ) | |
| PLAN, INC., KAISER FOUNDATION ) | |
| HEALTH PLAN, INC. LONG TERM ) | |
| DISABILITY PLAN            ) | |
|                            ) | |
|          Defendants.       ) | |

    Plaintiff Mamta Patel-Puri ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company ("MetLife"), Kaiser Foundation Health Plan, Inc. ("Kaiser") and Kaiser Foundation Health Plan, Inc. Long Term Disability Plan ("the Plan") (collectively "Defendants"), by and through their counsel of record, hereby stipulate to the following:

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

I:\office7\7197\079\06Pleadings\Stip Re MSJ Deadlines 0414.doc

C 05-00455

STIPULATION TO CONTINUE MOTION FILING AND PROPSED ORDER

1. On March 30, 2006 this Court granted in part and denied in part Plaintiff's motion for leave to file a motion for reconsideration of this Court's order that the standard of review is abuse of discretion.

2. On April 7, 2006 Plaintiff filed her motion for reconsideration. Plaintiff noticed her motion for a hearing date of June 2, 2006, the earliest possible hearing date that was available on all parties' calendar.

3. The deadline to file cross-motions for summary judgment on the merits is currently set for May 15, 2006. This deadline was set in the Stipulation and Order entered by this Court on March 30, 2006, before the hearing date for Plaintiff's motion for reconsideration was set for June 2, 2006. Motions on the merits are premature until the motion for reconsideration has been ruled upon as the former depend on the standard of review to be applied.

The parties, therefore request that the Court vacate the current deadline to file the motions for summary judgment, and re-set the motion for summary judgment briefing schedule at the June 2, 2006 hearing on Plaintiff's motion for reconsideration.

**IT IS SO STIPULATED.**

Dated: April 17, 2006                                BARGER & WOLEN LLP


By: /s/ Kathleen E. Dyer
J. Russell Stedman
Kathleen E. Dyer
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY, KAISER FOUNDATION
HEALTH PLAN, INC., and KAISER
FOUNDATION HEALTH PLAN, INC.
LONG TERM DISABILITY PLAN,

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-                                                                                  C 05-00455
STIPULATION TO CONTINUE MOTION FILING AND PROPSED ORDER

| | | |
|---|---|---|
| 1 | Dated: April 17, 2006 | LIPTON HALLBAUER |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Mark H. Lipton |
| | | Mark H. Lipton |
| 5 | | Attorneys for Plaintiff MAMTA PATEL-PURI |

### [PROPOSED] ORDER

The May 15, 2006 filing deadline for the cross-motions for summary judgment on the merits for the above-captioned matter is vacated. The Court will re-set the motion for summary judgment briefing schedule ~~at the June 2, 2006 hearing~~ after ruling on Plaintiff's motion for reconsideration.

**IT IS SO ORDERED.**

Dated: April 17, 2006

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-                                                                                                   C 05-00455

STIPULATION TO CONTINUE MOTION FILING AND PROPSED ORDER