IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMTA PATEL-PURI,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY et al.,<br><br>    Defendants.<br>_____/ | No. C-05-0455 MMC<br><br>**ORDER SETTING DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT ON THE MERITS** |

On April 17, 2006, the Court vacated the May 15, 2006 deadline for the parties to file cross-motions for summary judgment on the merits, pending resolution of plaintiff's motion for reconsideration of the Court's order on the standard of review. Earlier this date, the Court denied the motion for reconsideration.

Accordingly, the deadline for the parties to file motions for summary judgment on the merits is hereby extended to June 30, 2006.

**IT IS SO ORDERED.**

Dated: May 26, 2006

                                           MAXINE M. CHESNEY
                                           United States District Judge