1 J. Russell Stedman (117130)
Kathleen E. Dyer (227216)
2 BARGER & WOLEN LLP
650 California Street, 9th Floor
3 San Francisco, California 94108
Telephone: (415) 434-2800
4 Facsimile: (415) 434-2533

5 Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY
6 and KAISER FOUNDATION HEALTH PLAN, INC.
LONG TERM DISABILITY PLAN

7

8 Mark H. Lipton
LIPTON HALLBAUER
9 A Professional Law Association
1380 Lead Hill Blvd, Ste. 106
10 Roseville, CA 95661
Telephone: (916) 652-2221
Facsimile: (916) 652-1211

11

12 Attorney for Plaintiff
MAMTA PATEL-PURI

13

14 **UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

15

16 MAMTA PATEL-PURI,                          )     CASE NO.: C05-00455 MMC
                                            )
          Plaintiff,                         )     **STIPULATION AND [PROPOSED]**
17                                           )     **ORDER TO CONTINUE CASE**
      vs.                                    )     **MANAGEMENT CONFERENCE**
18                                           )
METROPOLITAN LIFE INSURANCE                  )
19 COMPANY, the appropriate named fiduciary  )
of the KAISER FOUNDATION HEALTH              )
20 PLAN, INC., KAISER FOUNDATION             )
HEALTH PLAN, INC. LONG TERM                  )
21 DISABILITY PLAN                           )
                                            )
22        Defendants.                        )
                                            )
23 _____

24          Plaintiff Mamta Patel-Puri ("Plaintiff"), together with Defendants Metropolitan Life

25 Insurance Company ("MetLife"), Kaiser Foundation Health Plan, Inc. ("Kaiser") and Kaiser

26 Foundation Health Plan, Inc. Long Term Disability Plan ("the Plan") (collectively "Defendants"),

27 by and through their counsel of record, hereby stipulate to the following:

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

I:\office7\7197\079\06Pleadings\Stip Re 082106 CMC.doc                           C 05-00455 MMC

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1.  At the initial case management conference for the above-captioned matter on June 10, 2005 this Court set a further case management conference for July 21, 2006 at 10:30 a.m.  At the same initial case management conference this Court also set the deadline to file cross-motions for summary judgment on the merits for March 31, 2006.

2.  Thereafter, due to various case proceedings, the filing deadline for the cross-motions for summary judgment on the merits was continued several times[1].  On May 26, 2006, this Court set the filing deadline for the cross-motions for summary judgment on the merits for June 30, 2006.

3.  On or before June 30, 2006, Plaintiff and Defendants' filed their respective cross-motions for summary judgment on the merits.  The hearing on the cross-motions for summary judgment is currently set for August 11, 2006.

4.  Thus, the currently set July 21, 2006 Case Management Conference, unless vacated, would take place while the motions for summary judgment on the merits are pending.

5.  The parties believe it will be more productive and more efficient for this Court to have a Case Management Conference, if necessary in the event this matter is not resolved on the cross-motions for summary judgment, after the cross-motions for summary judgment on the merits have been ruled upon.   .

The parties, therefore, request that the Court vacate the current Case Management Conference and re-set the Case Management Conference, if necessary, after this Court has ruled on the cross-motions for summary judgment on the merits.

---

[1] *See* this Court's March 30, 2006 Order continuing the filing deadline for cross-motions for summary judgment on the merits to May 15, 2006; *See also*, this Court's April 17, 2006 Order continuing the filing deadline for the cross-motions for summary judgment on the merits to a date to be determined after the ruling on Plaintiff's Motion for Reconsideration.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

C 05-00455 MMC

1    **IT IS SO STIPULATED.**

2    Dated: July 7, 2006                              BARGER & WOLEN LLP

3

4

5                                          By:  /s/ Kathleen E. Dyer
                                                J. Russell Stedman
6                                               Kathleen E. Dyer
                                                Attorneys for Defendant
7                                               METROPOLITAN LIFE INSURANCE
                                                COMPANY, KAISER FOUNDATION
8                                               HEALTH PLAN, INC., and KAISER
                                                FOUNDATION HEALTH PLAN, INC.
9                                               LONG TERM DISABILITY PLAN,

10   Dated: July 7, 2006                              LIPTON HALLBAUER

11

12

13                                         By:  /s/ Mark H. Lipton
                                                Mark H. Lipton
14                                              Attorneys for Plaintiff MAMTA
                                                PATEL-PURI

15

16

17                          **[PROPOSED] ORDER**

18        The July 21, 2006 Case Management Conference for the above-captioned matter is vacated.

19   The Court will re-set the Case Management Conference, if necessary, after ruling on the cross-

20   motions for summary judgment on the merits.

21   **IT IS SO ORDERED.**

22

23   Dated:  _____July 7, 2006_____          _Maxine M. Chesney_____
                                               HONORABLE MAXINE M. CHESNEY
24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-                                             C 05-00455 MMC
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE