IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMTA PATEL-PURI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY et al.,<br><br>　　　　Defendants. | No. C-05-0455 MMC<br><br>**ORDER AFFORDING DEFENDANTS LEAVE TO FILE SURREPLY; VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Docket Nos. 53, 54) |

　　　　Before the Court are (1) the motion for summary judgment, filed June 28, 2006, by plaintiff Mamta Patel-Puri; and (2) the motion for summary judgment, filed June 30, 2006, by defendants Metropolitan Life Insurance Company ("MetLife"), Kaiser Foundation Health Plan, Inc. ("Kaiser") and Kaiser Foundation Health Plan, Inc. Long Term Disability Plan ("Plan"). In plaintiff's reply in support of her motion for summary judgment, she relies on McLeod v. Oregon Lithoprint, Inc., 46 F.3d 956 (9th Cir. 1995), a case not cited previously by either party. As the facts of McLeod are similar to those presented in the instant case, the Court will afford defendants an opportunity to file a surreply.

　　　　Accordingly, defendants may file, no later than August 18, 2006, a surreply of no more than five pages in length addressing McLeod's relevance, or lack thereof, to the issues presented in the instant case. The August 11, 2006 hearing on the cross-motions

for summary judgment is hereby VACATED.  The matter will be reset for a hearing only if the Court determines, after reviewing defendant's surreply, that oral argument would assist the Court.

**IT IS SO ORDERED.**

Dated: August 9, 2006

MAXINE M. CHESNEY
United States District Judge