IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAMTA PATEL-PURI,

        Plaintiff,

 v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

        Defendants.

No. CV-05-0455 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** plaintiff's motion for summary judgment is hereby DENIED and defendants' motion for summary judgment is hereby GRANTED.

Dated: June 27, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk